IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CRIMINAL NO. 3:15-CR-121-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) |
| (6) RAUL CONTRERAS, | ) |
|     a/k/a "Smoke" | ) |
| | ) |
| (11) CESAR GARCIA-PEREZ | ) |
|     a/k/a "Vikingo" | ) |
| | ) |
| (14) RAUL GUARDADO | ) |
|     a/k/a "Guanaco" | ) |
| | ) |
| (15) NERIS GUTIERREZ | ) |
|     a/k/a "Oso" | ) |
|     a/k/a "Furioso" | ) |
| | ) |
| (22) LUIS ORDONEZ-VEGA | ) |
|     a/k/a "Big Boy" | ) |
| | ) |
| (23) CHRISTIAN PENA | ) |
|     a/k/a "Pitbull" | ) |
| | ) |
| (37) MIGUEL ZELAYA | ) |
|     a/k/a "Most Wanted" | ) |
| | ) |
|     Defendants. | ) |

**ORDER**

**THIS MATTER** is before the Court sua sponte upon the filing of the Government's

"Notice of Intention Not To Seek The Death Penalty" (doc. 388) on August 4, 2015 and after

conferring with the Honorable Robert J. Conrad, Jr., the presiding District Judge in this case. From the date of this Order, appointed counsel will be compensated at the standard hourly rate and not at the rate applicable to capital cases.

The Clerk is directed to send copies of this Order to the counsel for Defendants; and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: August 14, 2015

David S. Cayer
United States Magistrate Judge